# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2023

Lyle W. Cayce
Clerk

No. 21-40176
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Charles Orange,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:19-CR-4-1

---

Before Richman, *Chief Judge*, and Stewart and Willett, *Circuit Judges*.

Per Curiam:*

A jury convicted Charles Orange of one count of possessing child pornography, and the district court sentenced him to 240 months of imprisonment followed by a life term of supervised release. Orange argues that the district court erred in permitting the Government to present evidence of his prior conviction for indecency with a child. We review the

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-40176

district court's evidentiary ruling for an abuse of discretion. *United States v. Dillon*, 532 F.3d 379, 387 (5th Cir. 2008).

The district court did not abuse its discretion in admitting evidence of Orange's prior offense for indecency with a child. The evidence was admissible under Federal Rule of Evidence 414, and Orange fails to show that its probative value was substantially outweighed by the danger of unfair prejudice. *See* FED. R. EVID. 403; FED. R. EVID. 414(a). Moreover, the district court gave two limiting instructions. *See United States v. Adair*, 436 F.3d 520, 527 (5th Cir. 2006).

AFFIRMED.